| | |
|---|---|
| Fill in this Information to identify the case: | |
| Debtor 1 | Adan Cabrera |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the District of New Mexico | |
| Case number: #21-11143-J13 | |

FILED at 12:28 o'clock P M

JUN 2 3 2023

United States Bankruptcy Court
Albuquerque, New Mexico

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | |
|---|---|
| Claimant's Name: | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2407 Eliego Rd NW Albuquerque NM 87107 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Mexico
PO Box 607
Albuquerque, NM 87103

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/10/23

Signature of Applicant: Adan Cabrera / Mercedes Vazquez de Cabrera

Printed Name of Applicant: Adan Cabrera / Mercedes Vazquez de Cabrera

Address: 2407 Elfego Pl NW, Alb NM 87107

Telephone: (505) 987-6543

Email: 1248vm@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

### 6. Notarization

STATE OF New Mexico
COUNTY OF Bernalillo

This Application for Unclaimed Funds, dated 5/10/2023 was subscribed and sworn to before me this 10 day of May, 20 23 by

Adan Cabrera

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _[signature]_

My commission expires 2/3/2024

STATE OF NEW MEXICO
NOTARY PUBLIC
Marilyn Gallegos
Commission No. 1114182
February 03, 2024

### 6. Notarization

STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by

___

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public ___

My commission expires: ___